IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARGARITO GUDINO and
RENITA ROSS, Individually and
as Husband and Wife                                                    PLAINTIFFS

v.                              No. 3:23-cv-143-DPM

TERRENCE MCELRATH and
RYDER TRUCK RENTAL, INC                                          DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 6 November 2023 to enforce the parties' settlement agreement.

*NP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 September 2023