IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARGARITO GUDINO and
RENITA ROSS, Individually and
as Husband and Wife                                                    PLAINTIFFS

v.                          No. 3:23-cv-143-DPM

TERRENCE MCELRATH and
RYDER TRUCK RENTAL, INC                                       DEFENDANTS

## ORDER

1. The status report about Gudino is now more than a month overdue. *Doc. 11.* In the circumstances, the Court needs more time to determine if this case is resolved and to enforce the parties' settlement. Judgment, *Doc. 9*, amended. The Court extends its jurisdiction to 8 March 2024.

2. The parties have had two opportunities to file a status report. They haven't. The Court will therefore hold a thirty-minute, telephone status conference on Thursday, 12 January 2024 at 1:30 p.m. Both sides must participate. Chambers will be in touch with the details.

-2-

So Ordered.

*[signature]*
_____
D.P. Marshall Jr.
United States District Judge

_15 December 2023_