IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARGARITO GUDINO and
RENITA ROSS, Individually and
as Husband and Wife                                                                PLAINTIFFS

v.                          No. 3:23-cv-143-DPM

TERRENCE MCELRATH and
RYDER TRUCK RENTAL, INC                                                DEFENDANTS

## AMENDED JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 8 March 2024 to enforce the parties' settlement agreement.

_____
D.P. Marshall Jr.
United States District Judge

29 December 2023